ALICE BUCKINGHAM, appellant,

*v.*

JAMES LUDLUM, respondent.

On appeal from a decree advised by Vice-Chancellor Van Fleet, whose opinion is reported in *Buckingham* v. *Ludlum, 13 Stew. Eq. 422.*

*Messrs. Coult & Howell* and *William Jay* (of New York city), for appellant.

*Messrs. McCarter, Williamson & McCarter,* for respondent.

*Mr. F. W. Stevens,* for Andrew Kirkpatrick, receiver &c.

PER CURIAM.

This decree unanimously affirmed for the reasons given by the vice-chancellor.